# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

ANTHONY ROBINSON                                                        PLAINTIFF

v.                                                      No. 3:15CV196-MPM-SAA

LT. CHAD WICKER
DALE K. THOMPSON
DESOTO COUNTY
JAMES MICHAEL MEZIERE
LEANA
DEJAUN TAYLOR                                        DEFENDANTS

## CONSOLIDATED WITH

ANTHONY ROBINSON                                                     PLAINTIFF

v.                                                     No. 3:15CV164-MPM-SAA

OLIVE BRANCH POLICE DEPARTMENT
CRAIG VINSON
JUDGE GARR
DAKE K. THOMPSON, DESOTO COUNTY CIRCUIT CLERK
SERGEANT WICKER,
LEANNA AND DEJAM TAYLOR                              DEFENDANTS

## FINAL JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is ordered:

      1.     That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

      2.     That the Report and Recommendation of the United States Magistrate Judge is

hereby **APPROVED AND ADOPTED** as the opinion of the court; and

      3.      That this case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

      4.      That this case is **CLOSED**.

**SO ORDERED**, this, the 30th day of August, 2016.

                                        **/s/ MICHAEL P. MILLS**
                                        **UNITED STATES DISTRICT JUDGE**
                                        **NORTHERN DISTRICT OF MISSISSIPPI**