# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

ANTHONY ROBINSON                                                                                       PLAINTIFF

v.                                                          No. 3:15CV196-MPM-RP

LT. CHAD WICKER
DALE K. THOMPSON
DESOTO COUNTY
JAMES MICHAEL MEZIERE
LEANA
DEJAUN TAYLOR                                                                                          DEFENDANTS

**CONSOLIDATED WITH**

ANTHONY ROBINSON                                                                                       PLAINTIFF

v.                                                          No. 3:15CV164-MPM-RP

OLIVE BRANCH POLICE DEPARTMENT
CRAIG VINSON
JUDGE GARR
DAKE K. THOMPSON, DESOTO COUNTY CIRCUIT CLERK
SERGEANT WICKER,
LEANNA AND DEJAM TAYLOR                                                                                DEFENDANTS

**ORDER DENYING PLAINTIFF'S MOTION
FOR RELIEF FROM JUDGMENT OR ORDER**

This matter comes before the court on the plaintiff's motion for reconsideration of the court's final judgment [45]. The court interprets the motion, using the liberal standard for *pro se* litigants set forth in *Haines v. Kerner*, 404 U.S. 519 (1972), as a motion for relief from a judgment or order under FED. R. CIV. P. 60. An order granting relief under Rule 60 must be based upon: (1) clerical mistakes, (2) mistake, inadvertence, surprise, or excusable neglect, (3) newly discovered evidence, (4) fraud or other misconduct of an adverse party, (5) a void judgment, or (6) any other reason justifying relief from the operation of the order.

The court has also denied the plaintiff's motions [48], [49] to appeal as a pauper because he has accumulated three "strikes" under the Prison Litigation Reform Act. This case is closed. The plaintiff has neither asserted nor proven any of the specific justifications for relief from an order permitted under Rule 60. In addition, the plaintiff has not presented "any other reason justifying relief from the operation" of the judgment.

For these reasons:

(1) The plaintiff's request [55] for reconsideration is **DENIED;**

(2) In addition, as this case is closed, the plaintiff's motion [52] for a hearing is **DISMISSED** as moot; and

(3) As this case is closed, should the plaintiff file any more documents in this case other than those necessary to prosecute a direct appeal, the Clerk of the Court is **DIRECTED** to place them in the correspondence folder and send notice to the plaintiff to that effect.

**SO ORDERED**, this, the 30th day of March, 2017.

/s/ **MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**